ACCEPTED
04-15-00606-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/7/2015 11:50:03 AM
KEITH HOTTLE
CLERK

# IN THE COURT OF APPEALS
## FOURTH COURT OF APPEALS DISTRICT OF TEXAS
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/7/2015 11:50:03 AM
KEITH E. HOTTLE
Clerk

## NO. 04-14-00606-CV

### IN RE JAMES DAVID HENRY

From the 150TH Judicial District Court, Bexar County
Trial Court No. 2011-CI-11645
Honorable Karen Pozza, Presiding

## UNOPPOSED MOTION TO EXTEND TIME
## TO FILE RESPONSE

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

The Honorable Judge Karen Pozza, Respondent in this cause, files this Unopposed Motion to Extend Time to File Response and shows this Honorable Court the following:

1.    On October 5, 2015, this Honorable Court entered an Order giving Judge Pozza an opportunity to file a response to the Petition for Writ of Mandamus filed by JAMES DAVID HENRY, the Realtor herein. If an extension is not granted the response must be filed on October 19, 2015.

2.    For more than six months, the undersigned counsel has had a vacation scheduled for the period October 12, 2015 through October 19, 2015. The undersigned counsel is the only attorney

1

handling mandamus and other appellate matters on behalf of the 14 Bexar County Civil District Judges and has been engaged in the review, research or preparation of documents in numerous cases since October 5, 2015.

3.    The Honorable Judge Karen Pozza and undersigned counsel respectfully request an extension of time to determine if the Judge wishes to file a response and, if so, to file the response. A one week extension to October 26, 2015 is requested.

WHEREFORE, Judge Pozza requests that this Court grant this motion, and extend the deadline for filing her response to October 26, 2015.

Respectfully submitted,

DINAH GAINES
CHIEF STAFF ATTORNEY
BEXAR COUNTY CIVIL
DISTRICT COURTS
SBN 07570700
100 Dolorosa
San Antonio, Texas 78205
(210) 335-1107
FAX (210) 335-1108
dinah.gaines@bexar.org

2

## CERTIFICATE OF CONFERENCE

The undersigned counsel has conferred with counsel for the Relator and the Real Party in Interest and it is the undersigned counsel's understanding that this Motion to Extend Time is unopposed.

DINAH GAINES

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was directed to all counsel of record on this _7th_ day of October, 2015.

DINAH GAINES
Chief Staff Attorney, Bexar County
Civil District Courts